UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MICHAEL SHILOW, and CAROLYN SHILOW, husband and wife,<br><br>Plaintiff(s),<br><br>vs.<br><br>THE UNITED STATES OF AMERICA,<br><br>Defendant(s). | NO. CV-09-3084-LRS<br><br>ORDER OF DISMISSAL |

Upon the Joint Motion and Stipulation for Dismissal of the parties, (Ct. Rec. 10)

IT IS ORDERED that this matter is dismissed with prejudice and without costs. The Clerk of the Court shall forward copies of this order to counsel for Plaintiff and to counsel for Defendant. Ct. Rec. 10 is GRANTED

IT IS SO ORDERED this __27th__ day of __July__, 20_10_.

*s/Lonny R. Suko*
LONNY R. SUKO
Chief United States District Judge

ORDER FOR DISMISSAL - 1